IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

OTHMAN MOHAMAD,

Petitioner,

vs.

JEROME KRAMER, Sheriff Lincoln County Det Cen; IMMIGRATION AND CUSTOMS ENFORCEMENT, ICE; UNITED STATES CUSTOM & IMMIGRATION, USCIS; TODD LYONS, Acting Dir ICE; and KRISTI NOEM, Sec DHS;

Respondents.

**8:26CV602**

**ORDER SETTING HEARING**

This matter is set for hearing on Petitioner's Petition for Writ of Habeas Corpus for **November 5, 2026, at 1:30 P.M.** in Courtroom 3, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Senior Judge Joseph F. Bataillon.

Respondents are ordered to produce Petitioner for the hearing in person in accordance with 28 U.S.C. § 2243.

IT IS SO ORDERED.

Dated this 27th day of October, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge